# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CARLA LAMBERT**, on behalf of herself and others similarly situated, | ) ) ) | No. 3:18-cv-17295-ZNQ-DEA |
| Plaintiffs, | ) ) ) | Judge Zahid N. Quraishi Magistrate Judge Douglas E. Arpert |
| v. | ) ) | **Oral Argument Requested** |
| **JARIWALA & CO., LLC.** *et al,* | ) ) | **Motion Day:  June 21, 2022** |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS RAM PAL AND AHMED AL HADDAD

Pursuant to the Court's April 29, 2022, Order granting, in part, [111] Plaintiff's

Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b)(2),[1] Plaintiff

provides Notice that she will file her Motion for Default Judgment as to Defendants

Ram Pal and Ahmed Al Haddad.  In her Motion, Plaintiff will ask the Court to:  (1)

grant default judgment against Ram Pal and Ahmed Al Haddad, jointly and severally

as joint employers, for unpaid overtime wages under the Fair Labor Standards Act,

29 U.S.C. § 201 *et seq.*; (2) award Plaintiffs Ayman Abou Mohamed, Samuel Gerve,

Gage Kullberg, Carla Lambert, Ariel Long, Jermaine McEachern, Omar Mohamed,

and Terrance Williams all relief requested and available, including unpaid overtime,

---

[1]  ECF No. 131.

liquidated damages, interest, costs, and attorneys' fees; and (3) for such other and

further relief as the Court deems just and proper.

Dated:  <u>May 20, 2022</u>                          Respectfully submitted,

<div style="margin-left: 40%">

<u>*/s/ Ravi Sattiraju*</u>
Ravi Sattiraju
(N.J. Bar No. 035251998)
**SATTIRAJU & THARNEY, LLP**
50 Millstone Rd.
Building 300 Suite 202
East Windsor, NJ 08520
Telephone: (609) 469-2110
Facsimile: (609) 228-5649
Email: rsattiraju@s-tlawfirm.com

*Robi J. Baishnab
Ohio Bar # 0086195
**NILGES DRAHER LLC**
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone: (614) 824-5770
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

*Hans A. Nilges
Ohio Bar # 0076017
*Shannon M. Draher
Ohio Bar # 0074304
**NILGES DRAHER LLC**
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
          sdraher@ohlaborlaw.com

*Admitted pro hac vice*

**Attorneys for Plaintiffs**

</div>

2