UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CARLA LAMBERT,** *et al.*,

Plaintiffs,

v.

**JARIWALA & CO., LLC, d/b/a J & CO. HOTELS GROUP,** *et al.*,

Defendants.

Civil Action No. 18-17295 (ZNQ) (DEA)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon separate Motions for Summary Judgment filed by each party. For the reasons set forth in the accompanying Opinion,

**IT IS** on this **10th** day of **February 2023**,

**ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 130); and it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 112) is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 133) is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' fees of $9,058.12 and costs of $129.46 are both reasonable and appropriate. Defendants Ram Pal and Ahmed will therefore be ordered to pay them within 21 days; and it is further

**ORDERED** that Defendants' Cross Motion for Summary Judgment (ECF No. 123) is hereby **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 117) is hereby **GRANTED IN PART and DENIED IN PART**:

1. Plaintiff's Motion for Summary Judgment is **GRANTED** in favor of Opt-in Plaintiffs Gerve, Omar Mohamed, Long, Ayman Mohamed, and McEachern against G Matss LLC, RHR 1211 LLC, C Z Gabheraj LLC, Shree AG Hospitality, and CGabheraj LLC as it relates to these defendants' liability for violating the FLSA with respect to overtime wages in an amount to be determined at a later time.

2. Plaintiff's Motion for Summary Judgment with all other respects is **DENIED**.

        s/ Zahid N. Quraishi
        **ZAHID N. QURAISHI**
        **UNITED STATES DISTRICT JUDGE**