# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARLA LAMBERT**, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JARIWALA & CO., LLC.** *et al,*<br><br>Defendants. | No. 3:18-cv-17295-ZNQ-DEA<br><br>Judge Zahid N. Quraishi<br>Magistrate Judge Douglas E. Arpert<br><br>**Oral Argument Requested**<br><br>**Motion Day:  March 4, 2024** |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs respectfully asks the Court for an Order as follows:

1. Finding that the Parties have entered into an enforceable Settlement Agreement ("Agreement"), for which Defendants G Matss LLC, RHR 1211 LLC, Shree AG Hospitality LLC, C Z Gabheraj LLC, CGabheraj LLC, Raj Jariwala, Gaurang ("Greg") Jariwala, and Abhishek ("Rex") Jariwala are jointly and severally liable to perform as agreed, and notwithstanding that only Defendants G Matss LLC, RHR 1211 LLC, and Abhishek ("Rex") Jariwala have signed to date;

2. Directing Defendants Shree Hospitality, CZ Gabheraj LLC, C Gabheraj LLC, Raj Jariwala, and Guarang Jariwala to execute and return to Plaintiffs' Counsel the Settlement Agreement within 14 days of the Order, and comply with the terms with the Agreement, and that Defendants G Matss LLC, RHR 1211 LLC, and Abhishek ("Rex") Jariwala are required to ensure compliance with the Order;

3. Awarding Plaintiffs their attorneys' fees and costs for enforcement proceedings, and permitting Plaintiffs' Counsel to file an application for fees and costs incurred through their enforcement efforts, supported by a sworn declaration, prior to the Parties filing their stipulated dismissal, with the dismissal being filed after Defendants have completely performed under the Agreement and paid the awarded attorneys' fees and costs for enforcement; and,

4. Retaining jurisdiction over complete performance of the terms of the Agreement and not dismissing the action until Plaintiffs' Counsel has filed the Parties' agreed Joint Stipulation of Dismissal, which should not be filed until Defendants have completely performed under the Agreement and paid the awarded attorneys' fees and costs for enforcement, if any.[1]

Pursuant to L.Civ.R. 7.1(d), a Memorandum in support of this Motion, along with supporting Exhibits, are filed separately.

---

[1] A proposed Order is attached.

Dated: <u>February 9, 2024</u>                    Respectfully submitted,

<div style="margin-left:auto;">

<u>/s/ Ravi Sattiraju</u>
Ravi Sattiraju
(N.J. Bar No. 035251998)
**SATTIRAJU & THARNEY, LLP**
50 Millstone Rd.
Building 300 Suite 202
East Windsor, NJ 08520
Telephone: (609) 469-2110
Facsimile: (609) 228-5649
Email: rsattiraju@s-tlawfirm.com

*Robi J. Baishnab
Ohio Bar # 0086195
**NILGES DRAHER LLC**
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone: (614) 824-5770
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

*Hans A. Nilges
Ohio Bar # 0076017
*Shannon M. Draher
Ohio Bar # 0074304
**NILGES DRAHER LLC**
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
          sdraher@ohlaborlaw.com

*Admitted pro hac vice

***Attorneys for Plaintiffs***

</div>